# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |
|---|---|
| **VERONICA WATTS RASHAD and CALVIN BELL, *Individually, and on behalf of themselves and other similarly situated current and former employees,***  )<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** ) | **Civ. No. 2:22-cv-02635-JTF-tmp** |
| ) | |
| **v.** ) | **FLSA Opt-In Collective Action** |
| ) | |
| **MASON'S PROFESSIONAL CLEANING SERVICE, LLC, *a Tennessee Limited Liability Company*, DOROTHY MASON, *individually*, and ELLIOT MASON, *individually*,** )<br>)<br>)<br>)<br>) | **JURY DEMANDED** |
| **Defendants.** )<br>) | |

---

## JUDGMENT

---

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Parties' Joint Stipulation of Dismissal with Prejudice and the Court's Order of Dismissal with Prejudice, both entered on April 1, 2024. (ECF Nos. 41 & 42.)

**APPROVED:**


*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

WENDY OLIVER_____
CLERK

April 1, 2024_____
DATE

*s/Richard Abidor* _____
(BY) LAW CLERK